UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elaine M. Williams,                      Civil No. 04-3977 (PAM/AJB)

       Plaintiff,

v.                                                        **ORDER**

Jo Anne B. Barnhart,
Commissioner of Social Security,

       Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated July 11, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff William's Motion for Summary Judgment (Clerk Doc. No.8) is **DENIED;** and

2. Defendant Commissioner's Motion for Summary Judgment (Clerk Doc. No.11) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 2, 2005

                                             <u>s/ Paul A. Magnuson</u>
                                             Paul A. Magnuson
                                             United States District Court Judge